IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BETTY BYRD, § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. H-09-3685 |
| § | |
| SCOTTSDALE INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

**ORDER**

In February 2010, the court granted the defendant's motion to abate and stayed the case for 60 days after the plaintiff provided the defendant with proper written notice under Texas Insurance Code. No further activity is reflected in the court's files. No later than August 31, 2010, please advise the court of the status of this case and whether it should be dismissed.

SIGNED on August 18, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge